# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )  No. 22-cr-20181-SHL<br>  )<br>TRAVIS DECARLO DRAIN,  )<br>  )<br>  Defendant.  )<br>  ) | |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to Senior United States District Judge Jon P. McCalla for all further proceedings.

**IT IS SO ORDERED,** this 31st day of October, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE